UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PLUMBERS AND PIPEFITTERS LOCAL 525 HEALTH AND WELFARE TRUST AND PLAN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SERVICE PLUMBING CORP., *et al.*,<br><br>Defendants. | Case No. 2:15-cv-01767-RFB-GWF<br><br>**ORDER** |

This case is before the Court on a Motion for Default Judgment filed by Plaintiffs Boards of Trustees of the Plumbers and Pipefitters Union Local 525 Pension Plan, and the Plumbers and Pipefitters Local Union 525 Apprentice and Journeyman Training Trust for Southern Nevada ("Trust Funds"), on March 25, 2016. ECF No. 15. Defendant Danielle Hansen did not respond to the motion and has not appeared in this action despite being served with a copy of the Summons and Amended Complaint on January 7, 2016. See ECF No. 11. Defendant Service Plumbing Corp. did not respond to the motion and has not appeared in this action despite being served with a copy of the Summons and Amended Complaint on January 7, 2016. See ECF No. 12. A Clerk's Entry of Default issued on February 4, 2016, (ECF No. 14), and Plaintiff filed their Motion for Default Judgment on March 25, 2016, (ECF No. 15).

Under Local Rule 7-2(d), "[t]he failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." Although there is a strong policy underlying the Federal Rules of Civil Procedure that favors deciding cases on their merits, the Court finds that Plaintiffs would be prejudiced in their ability to seek relief absent

a default judgment against Defendants Service Plumbing Corp. and Danielle Hansen.

Therefore, **IT IS ORDERED** that Plaintiffs' Motion for Default Judgment (ECF No. 15) is GRANTED. The Clerk of Court is instructed to enter judgment in favor of Plaintiffs and against Defendants Danielle Hansen and Service Plumbing Corp. in the following amount:

- For delinquent contributions of $40,890.00 pursuant to 29 U.S.C. § 1132(g)(2)(A);
- for interest on the unpaid contributions of $12,069.00 pursuant to 29 U.S.C. § 1132(g)(2)(B);
- for liquidated damages of $12,069.00 pursuant to 29 U.S.C. § 1132(g)(2)(C)(ii);
- for audit fees and documented attorney's fees and costs of $19,608.00 pursuant to 29 U.S.C. § 1132(g)(2)(D);
- and for prospective attorney's fees of $5,000 to execute on the judgment pursuant to 29 U.S.C. § 1132(g)(2)(E).

DATED: March 17, 2017.

_____

**RICHARD F. BOULWARE, II**
**United States District Judge**