AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Board of Trustees of the Plumbers and Pipefitters Union Local 525 Health and Welfare Trust and Plan, et al

Plaintiffs,

V.

Service Plumbing Corp.; Danielle Hansen

Defendants.

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number: 2:15-cv-01767-RFB-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Default Judgment is hereby entered in favor of Plaintiffs and against Defendants Danielle Hansen and Service Plumbing Corp. in the following amount:

• For delinquent contributions of $40,890.00 pursuant to 29 U.S.C. § 1132(g)(2)(A);

• for interest on the unpaid contributions of $12,069.00 pursuant to 29 U.S.C. § 1132(g)(2)(B);

• for liquidated damages of $12,069.00 pursuant to 29 U.S.C. § 1132(g)(2)(C)(ii);

• for audit fees and documented attorney's fees and costs of $19,608.00 pursuant to 29 U.S.C. § 1132(g)(2)(D);

• and for prospective attorney's fees of $5,000 to execute on the judgment pursuant to 29 U.S.C. § 1132(g)(2)(E).

March 17, 2017

Date

/s/ Debra K. Kempi

Clerk

/s/ M. Morrison

(By) Deputy Clerk