Adam P. Segal, Esq.
Nevada Bar No. 6120
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
Christopher M. Humes, Esq.
Nevada Bar No. 12782
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135
Email: asegal@bhfs.com
Email: bcloveland@bhfs.com
Email: chumes@bhfs.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PLUMBERS AND PIPEFITTERS LOCAL 525 HEALTH AND WELFARE TRUST AND PLAN; BOARD OF TRUSTEES OF THE PLUMBERS AND PIPEFITTERS UNION LOCAL 525 PENSION PLAN; AND BOARD OF TRUSTEES OF PLUMBERS AND PIPEFITTERS LOCAL UNION 525 APPRENTICE AND JOURNEYMAN TRAINING TRUST FOR SOUTHERN NEVADA,<br><br>Plaintiffs,<br><br>vs.<br><br>SERVICE PLUMBING CORP., a Nevada corporation; DANIELLE E. HANSEN, an individual,<br><br>Defendants. | Case No. 2:15-cv-01767-RFB-GWF<br><br>**ORDER ON MOTION FOR JUDGMENT DEBTOR EXAMINATION OF SERVICE PLUMBING CORP.** |

The Court, having reviewed the Motion (the "Motion") for Judgment Debtor Examinations of Service Plumbing Corp. ("Service Plumbing") and Danielle Hansen ("Hansen"), submitted by the Plaintiffs, Boards of Trustees of the Plumbers and Pipefitters Union Local 525 Health and Welfare Trust and Plan's, the Plumbers and Pipefitters Union Local 525 Pension

1

020136\0077\15625694.2

Plan's, and the Plumbers and Pipefitters Local Union 525 Apprentice and Journeyman Training Trust for Southern Nevada's (collectively, "Trust Funds"), being fully advised, and good cause appearing:

IT IS HEREBY ORDERED, that Danielle E. Hansen, owner of Service Plumbing, shall appear at the office of Brownstein Hyatt Farber Schreck, LLC, located at 100 North City Parkway, Suite 1600, Las Vegas, Nevada, 89106, on May 26, 2017, at 9:00 a.m. for a judgment debtor examination regarding Service Plumbing's property and assets.

IT IS FURTHER ORDERED, that Hansen shall produce to the Trust Funds' counsel at 100 North City Parkway, Suite 1600, Las Vegas, Nevada 89106, one (1) week prior to the examination, the following documents:

Any and all documents evidencing the current ownership of Service Plumbing's stock, including the name and address of such owners;

Any and all documents regarding real property currently owned by Service Plumbing, including but not limited to location, value, mortgage, mortgage payments, liens, or the like regarding such real property;

A complete current inventory list of assets owned by Service Plumbing, including but not limited to, office equipment, vehicles, and accounts receivable;

The last twelve (12) statements for each and every one of Service Plumbing's bank accounts in existence during such twelve (12) months, without regard to whether such account remains open;

Any and all documents regarding real property disposed of by Service Plumbing in the last five (5) years;

2

020136\0077\15625694.2

Copies of all existing contracts under which Service Plumbing is (a) currently performing work, (b) has completed work but is owed payment of any amount, or (c) will commence work in the future; and

Any and all documents evidencing for whom Service Plumbing has performed work in the past two (2) years, and all records showing the number of hours worked by Service Plumbing's employees in the past two years, and on what projects all such work was performed.

DATED: 5/02/2017

*George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE

Submitted by:

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Christopher M. Humes
Adam P. Segal, Esq.
Nevada Bar No. 6120
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
Christopher M. Humes, Esq.
Nevada Bar No. 12782
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

*Attorneys for Plaintiffs*

020136\0077\15625694.2